Marie A. Walsh et al., plaintiffs, v. Edward R. Newmann et al., defendants.
Samuel Maslon et al., appellants, v. Marie A. Walsh et al., appellees. Gen. No. 39,262.

Opinion filed June 8, 1937. Rehearing denied June 23, 1937.

Caplow, Kallen & Caplow, for appellants; Gideon S. Thompson, Lester E. Slosburg and Charles H. Blumenfeld, of counsel. James B. Cashin, for appellees; Thomas P. Harris and Edward B. Toles, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Helen Becker, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 39,275.

Opinion filed June 8, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Joseph Scuccimaire and M. H. & E. W. Weiss, for appellee; Edward W. Weiss, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Walter S. Baer, plaintiff, v. Stephen Beranek et al., defendants.
Minnie Euphrat, appellant, v. Edward G. Felsenthal et al., appellees. Gen. No. 39,286.

Opinion filed June 8, 1937.

Shulman, Shulman and Abrams, for appellant. Fischel, Kahn & Heart, Sonnenschein, Berkson, Lautmann, Levinson & Morse and Louis Wilson, for appellees; Isaac E. Ferguson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Ruth Lawson and Charlotte Lawson, appellees, v. William Beaudry, appellant. Gen. No. 39,305.

Opinion filed June 8, 1937.

Hubbard, Baker and Rice, for appellant. Thompson, Chambers & Thompson, for appellees; Lavern W. Thompson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.